IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF FLORIDA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAUREL LEE, in her official capacity as FLORIDA SECRETARY OF STATE, *et al.*, <br><br> *Defendants*. | Case No. 4:21-CV-190-AW-MJF |

## **DECLARATION OF HENRI ILENE SPIEGEL**

My name is Henri Ilene Spiegel. I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1. I am a retired lawyer and businesswoman and live in Miami Beach. I have lived in Florida for over four decades.

2. I am a strong supporter of improving our democracy by making it easier for eligible citizens to exercise their right to vote. Furthermore, I believe nobody—including citizens returning to the community after completing prison terms, probation, and parole—should be denied the right to vote because of unpaid debts like court fees and fines.

3. I support the Fair Elections Amendments' reforms and believe that adopting



the Register and Vote Amendment, A Voting Method for Eligible Floridians, and the Voting Eligibility Restoration Amendment will improve Florida's democracy.

4. I support the Fair Elections Campaign and I would have contributed to Fair Vote Florida, Our Votes Matter, and Florida Votes Matter (collectively, "Committee Plaintiffs") if SB 1890 had not been enacted.

5. I am concerned that the Fair Elections Campaign will not be viable under the contribution cap because the Committee Plaintiffs will be unable to muster the needed resources to advance their initiatives.

6. Accordingly, I am unwilling to contribute any amount (over or under SB 1890's limit, before or after SB 1890 goes into effect) to the Committee Plaintiffs until the cap is struck down.

7. If the cap is struck down, I plan to give the Committee Plaintiffs monetary contributions over SB 1890's limit to support their advocacy for the Fair Elections Amendments.

I, Henri Ilene Spiegel, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 6-14-21

Henri Ilene Spiegel