IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE AMERICAN CIVIL LIBERTIES
UNION OF FLORIDA, INC., FAIR
VOTE FLORIDA, OUR VOTES
MATTER, and FLORIDA VOTES
MATTER,

              Plaintiffs,                           Case No. 4:21-cv-190-AW-MJF

v.

FLORIDA ELECTIONS COMMISSION,

              Defendant.
_____/

## DEFENDANTS' FLORIDA ELECTIONS COMMISSION ANSWER AND DEFENSES TO THIRD AMENDED COMPLAINT

      Defendants, Florida Elections Commission ("FEC), answer plaintiffs' Third

Amended Complaint [DE 53] and assert various defenses.

## INTRODUCTION

      1.     The pleadings filed by plaintiff in this case speak for themselves. To

the extent the allegations in this paragraph are conclusions of law, no answer is

required. If they are deemed allegations of fact, they are denied.

2.      The pleadings filed by plaintiff in this case speak for themselves.

3.      The allegations in this paragraph are conclusions of law for which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

## PARTIES

4.      Defendant admits that the ACLU of Florida is a not-for-profit Florida corporation. Defendant is without sufficient knowledge either to admit or deny the remaining allegations.

5.      Defendant is without sufficient knowledge either to admit or deny the allegations in this paragraph.

6.      Defendant is without sufficient knowledge either to admit or deny the allegations in this paragraph.

7.      Defendant is without sufficient knowledge either to admit or deny the allegations in this paragraph.

8.      Defendant is without sufficient knowledge either to admit or deny the allegations in this paragraph.

9.      Defendant is without sufficient knowledge either to admit or deny the allegations in this paragraph.

10.     Admit.

## JURISDICTION AND VENUE

11.     The allegations in this paragraph are conclusions of law for which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

12.     Admitted.

13.     Admitted.

14.     Defendants admit that venue is proper based on the allegations in the Third Amended Complaint.

15.     Admitted.

## FACTUAL ALLEGATIONS

16.     The referenced constitutional provision speaks for itself.

17.     The referenced constitutional and statutory provisions speak for themselves.

18.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

19.     Denied.

20.     The referenced chapter law speaks for itself.

21.     The referenced chapter law speaks for itself.

22.     The referenced chapter law speaks for itself.

23.     The referenced statutory and administrative rule provisions speak for themselves.

24.     The referenced chapter law speaks for itself.

25.     The referenced chapter law speaks for itself.

26.     The referenced constitutional and statutory provisions speak for themselves.

27.     The referenced bill speaks for itself. Defendants are without sufficient knowledge of the allegations relating to the history of the bill either to admit or deny them.

28.     The referenced bill speaks for itself. Defendants are without sufficient knowledge of the allegations relating to the history of the bill either to admit or deny them.

29.     The referenced chapter laws speak for themselves.

30.     The referenced chapter law speaks for itself.

31.     The referenced chapter law speaks for itself.

32.     The referenced chapter law speaks for itself. The referenced Attorney General Opinions speak for themselves. Defendants are without sufficient knowledge either to admit or deny the remaining allegations in this paragraph, including the allegations in footnote 3.

33.     The chapter laws referenced in this paragraph and in footnote 4 speak for themselves.

34.     The referenced chapter law speaks for itself.

35.     The referenced chapter law speaks for itself.

36.     The chapter laws referenced in this paragraph and in footnote 5 speak for themselves. All remaining allegations in this paragraph are denied.

37.     The referenced chapter laws speak for themselves. All remaining allegations in this paragraph are denied.

38.     The referenced administrative rule speaks for itself.

39.     The referenced department opinion speaks for itself.

40.     Admitted that the Senate ordered CS/CS/SB 1890 enrolled on April 26, 2021.

41.     Denied.

42.     Admitted.

43.     The referenced bill speaks for itself.

44.     The referenced bill speaks for itself.

45.     The referenced bill speaks for itself. The referenced constitutional and statutory provisions speak for themselves.

46.     The referenced statutory provisions speak for themselves.

47.     The referenced statutory provisions speak for themselves.

48.     The referenced statutory provision speaks for itself.

49.     The referenced statutory provision speaks for itself.

50.     The referenced statutory provision speaks for itself.

51.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

52.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

53.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

54.     The referenced statutory provision speaks for itself.

55.     Defendants are without sufficient knowledge either to admit or deny the allegations before the semicolon in the first sentence of this paragraph. Admitted that the referenced amendment was certified for the ballot on January 23, 2018. Defendants are without sufficient knowledge either to admit or deny the remaining allegations.

56.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

57.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

58.    The referenced statutory and constitutional provisions speak for themselves. Without sufficient knowledge of the remaining allegations either to admit or deny them.

59.    Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

60.    Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

61.    Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

62.    Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

63.    Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

64.    Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

65.    Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

66.    Admitted.

67.    Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

68.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

69.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

70.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

71.     The referenced statutory provisions and the referenced provisions of SB 1890 speak for themselves.

72.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

73.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

74.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

75.     Defendants are without sufficient knowledge either to admit or deny the allegations in this paragraph.

76.     Defendants incorporate by reference the responses in the preceding paragraphs.

77.     The allegations in this paragraph are conclusions of law for which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

78.     The allegations in this paragraph are conclusions of law for which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

79.     The allegations in this paragraph are conclusions of law for which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

80.     The allegations in this paragraph are conclusions of law for which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

81.     The allegations in this paragraph are conclusions of law for which no answer is required. To the extent they may be deemed allegations of fact, they are denied.

## PRAYER FOR RELIEF

Defendants deny that plaintiffs are entitled to any relief.

## DEFENSES

### First Defense

Plaintiffs fail to state a claim upon which relief can be granted.

Second Defense

Plaintiffs have not shown entitlement to attorney's fees or costs.

Defendant has not knowingly waived any applicable defense, and reserve the right to assert and rely upon other such defenses as may become available or apparent and to amend the answer and defenses accordingly.

Respectfully submitted,

*/s/  George N. Meros, Jr.*
**George N. Meros, Jr.**
Florida Bar No.:  263321
**Shutts & Bowen LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 332301
Telephone:  850-241-1717
Email:  gmeros@shutts.com
Secondary Email:  chill@shutts.com

**Elizabeth Teegen**
Florida Bar No.: 833274
**William H. Stafford, III**
Florida Bar No.:70394
**Bilal Faruqui**
Florida Bar No.: 15212
**Office of The Attorney General**
PL 01, The Capitol
Tallahassee, Florida 32399-1050
Email:
elizabeth.teegen@myfloridalegal.com
william.stafford@myfloridalegal.com
bilal.faruqui@myfloridalegal.com

*Attorneys for the Florida Elections Commission*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2021, a copy of the foregoing was

filed through CM/ECF, with electronic service on counsel for all parties of record.

*/s/  George N. Meros, Jr.*
George N. Meros, Jr.

TLHDOCS 14195862 1