**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**THE AMERICAN CIVIL LIBERTIES**
**UNION OF FLORIDA, INC., et al.,**

     **Plaintiffs,**

**v.**                                      **Case No. 4:21-cv-190-AW-MJF**

**CORD BYRD, in his official capacity as**
**FLORIDA SECRETARY OF STATE,**
**and the FLORIDA ELECTIONS**
**COMMISSION,**

     **Defendants.**

_____/

## ORDER GRANTING TEMPORARY STAY

Plaintiffs seek an order staying the deadline by which they may move for entitlement to attorney's fees. ECF No. 75. The motion indicates that the FEC does not object to an extension, but it does object to a request to stay pending resolution of Plaintiffs' forthcoming motion to amend the judgment.[1]

Because the motion is time-sensitive, and because the FEC does not object to some extension, I now extend the deadline to July 22. No later than July 11, the FEC may file a response, setting out its objection to a further extension. After it does so

---

[1] Plaintiffs say they will move "for clarification or to alter or amend the judgment, seeking an explicit declaration of their rights with respect to Fla. Stat. § 106.08(1)(a)1 in a declaratory judgment." ECF No. 75 at 2. Any such motion should set out, *in detail*, the practical relief a declaration would afford Plaintiffs that the injunction does not already afford.

1

(or after its deadline passes with no filing), I will determine whether the July 22 deadline will be further extended.

The clerk will not terminate the motion (ECF No. 75), which will remain pending until further order.

SO ORDERED on June 28, 2022.

s/ *Allen Winsor*
United States District Judge

2