| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF FLORIDA, INC., *et al.*, | : |
| | : |
| | : |
| *Plaintiffs*, | : |
| | : |
| v. | : Case No. 4:21-cv-190-AW-MJF |
| | : |
| FLORIDA ELECTIONS COMMISSION, | : |
| | : |
| *Defendant*. | : |
| | : |

## PLAINTIFFS' NOTICE OF INTENT TO FILE FEE ENTITLEMENT MOTION BY JULY 22, 2022

Plaintiffs give notice that they intend to file a motion for entitlement to attorney's fees by July 22, 2022, as ordered in the Court's Order of June 28 (ECF No. 76).

Plaintiffs withdraw any request for a further stay or extension of the deadline to file a fee entitlement motion beyond July 22.

Respectfully submitted this 13th day of July, 2022,

 */s/ Nicholas Warren*
Nicholas Warren (Fla. Bar No. 1019018)
**ACLU FOUNDATION OF FLORIDA, INC**.
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (Fla. Bar No. 102882)
**ACLU FOUNDATION OF FLORIDA, INC**.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

*Counsel for Plaintiffs*