**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**THE AMERICAN CIVIL LIBERTIES
UNION OF FLORIDA, INC., et al.,**

  **Plaintiffs,**

**v.**             **Case No. 4:21-cv-190-AW-MJF**

**CORD BYRD, in his official capacity as
FLORIDA SECRETARY OF STATE,
and the FLORIDA ELECTIONS
COMMISSION,**

  **Defendants.**

_____/

## ORDER GRANTING MOTION FOR ENTITLEMENT TO ATTORNEY'S FEES

Plaintiffs have moved for an order granting them entitlement to attorney's fees and litigation expenses against the Florida Elections Commission. ECF No. 81. The FEC does not contest that Plaintiffs are "prevailing parties" for purposes of § 1988. ECF No. 83. Accordingly, the motion (ECF No. 81) is GRANTED, and Plaintiffs are deemed prevailing parties.

Plaintiffs may move for a determination of the amount of award, consistent with the procedures set out in Local Rule 54.1.

SO ORDERED on August 4, 2022.

         s/ *Allen Winsor*
         United States District Judge