IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF FLORIDA, INC., *et al.*, | : : : |
| *Plaintiffs*, | : : |
| v. | : Case No. 4:21-CV-190-AW-MJF |
| FLORIDA ELECTIONS COMMISSION, | : : : |
| *Defendant*. | : : |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DETERMINE FEE AMOUNT

The Parties respectfully move for a six-week extension of time, to November 17, 2022, to file a motion to determine the amount of a fee award. The Parties state:

1. The Court granted Plaintiffs' Motion for Entitlement to Attorney's Fees on August 4, 2022. ECF No. 84.

2. Per the Court's Order of August 29, 2022 (ECF No. 89), Plaintiffs must file a motion to determine the fee amount by October 6, 2022.

3. To allow more time for the Parties to engage in settlement discussions regarding the amount of a fee award, the Parties respectfully request an additional six weeks to file their motion to determine the fee amount.

4. This motion is filed in good faith and not solely for purpose of delay.

WHEREFORE, the Parties respectfully request this Court grant a six-week

1

extension to file a motion to determine the amount of a fee award

Respectfully submitted this 29th day of September, 2022,

/s/ *Nicholas Warren*

Nicholas Warren (FBN 1019018)
**ACLU Foundation of Florida, Inc.**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Benjamin Stevenson (FBN 598909)
**ACLU Foundation of Florida, Inc.**
3 West Garden Street, Suite 712
Pensacola, FL 32502
(786) 363-2738
bstevenson@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
(786) 363-1392
dtilley@aclufl.org
cmcnamara@aclufl.org

*Counsel for Plaintiffs*

/s/ *George N. Meros, Jr.*

George N. Meros, Jr. (FBN 263321)
Tara R. Price (FBN 98073)
**Shutts & Bowen LLP**
215 South Monroe Street, Suite 804
Tallahassee, FL 32301
(850) 241-1717
gmeros@shutts.com
tprice@shutts.com
Secondary email: chill@shutts.com

*Counsel for the Florida Elections Commission*