**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

THE AMERICAN CIVIL LIBERTIES
UNION OF FLORIDA, INC., et al.

        *Plaintiffs*,                Case No. 4:21-cv-190-AW-MJF

v.

FLORIDA ELECTIONS COMMISSION,

        *Defendant*.

_____/

**JOINT STATUS UPDATE ON ATTORNEY'S FEES DISPUTE
AND JOINT MOTION FOR AN ENLARGMENT OF TIME**

Since this Court entered an order granting the parties' Joint Motion for Extension of Time to File the Motion to Determine Fee Amount, *see* ECF No. 92, the parties have continued working in good faith to resolve the present attorney's fees dispute without the need for further judicial action.  Plaintiffs have proposed an enumerated amount to settle the present dispute, and counsel for the FEC believes the amount of the proposed settlement is reasonable.

The parties request the Court grant an extension of time for the Plaintiffs to file a motion for a determination of the amount of attorney's fee award.  This will permit the FEC to hold a public meeting to consider the settlement proposal.  The

FEC plans to consider the settlement proposal at its next meeting on December 14, 2022.

Thus, the parties propose an extension as follows. Within five business days of the FEC's December meeting, the FEC will file a notice informing the Court whether the FEC has accepted or rejected the proposed settlement. If the FEC has accepted the proposed settlement, the attorney's fees matter has been resolved, and the Court can close the case. If the FEC rejects the proposed settlement, Plaintiffs will have 60 calendar days from the date of the FEC's filed notice to file a motion for a determination of the amount of attorney's fees.

Dated this 14th day of November, 2022.

Respectfully submitted,

**Elizabeth Teegen**
Florida Bar No.: 833274
**William H. Stafford, III**
Florida Bar No.:70394
**Bilal Faruqui**
Florida Bar No.: 15212
**Office of The Attorney General**
PL 01, The Capitol
Tallahassee, Florida 32399-1050
Email:
elizabeth.teegen@myfloridalegal.com
william.stafford@myfloridalegal.com
bilal.faruqui@myfloridalegal.com

*/s/ George N. Meros, Jr..*
**George N. Meros, Jr.**
Florida Bar No.: 263321
**Tara R. Price**
Florida Bar No.: 98073
**Shutts & Bowen LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 332301
Telephone: 850-241-1717
Email: gmeros@shutts.com
Email: tprice@shutts.com
Secondary Email: chill@shutts.com

*Attorneys for the Florida Elections Commission*

2

/s/ *Benjamin James Stevenson*___
**Benjamin James Stevenson**
Fla. Bar. No. 598909
ACLU Found. of Fla.
3 W. Garden St., Suite 712
Pensacola, FL  32502-5636
T. 786.363.2738
bstevenson@aclufl.org

*Counsel for Plaintiffs*


## CERTIFICATE OF COMPLIANCE

I hereby certify that this computer-generated response complies with the font

requirements mandated under N.D. Fla. Local Rule 7.1(F) and contains 239 words.

/s/ *George N. Meros, Jr.*
Attorney


## CERTIFICATE OF SERVICE

I hereby certify that this 14th day of November, 2022, a copy of the foregoing

was filed through CM/ECF, with electronic service on counsel for all parties of

record.

/s/ *George N. Meros, Jr.*
Attorney

3