## SETTLEMENT AGREEMENT

On June 15, 2022, the U.S. District Court for the Northern District of Florida in *American Civil Liberties Union of Florida, Inc. v. Cord Byrd, in his official capacity as Florida Secretary of State, and the Florida Elections Commission*, No. 4:21-cv-190, entered an order granting summary judgment and a permanent injunction against the Florida Elections Commission (the "FEC") and in favor of Plaintiffs, the American Civil Liberties Union of Florida, Inc., Fair Vote Florida; Our Votes Matter, and Florida Votes Matter (collectively, "Plaintiffs"). *See* ECF No. 73.

On August 4, 2022, the District Court ruled that Plaintiffs were entitled to attorney's fees. *See* ECF No. 84. The District Court directed that determination of the amount of the award was to proceed in accordance with Local Rule 54.1. *Id.*

In effort to avoid further litigation in this matter, the FEC and Plaintiffs have agreed to settle the attorney's-fees dispute. In full satisfaction of all attorney's fees and costs, the FEC shall pay Plaintiffs $65,000.00 by June 14, 2023. No other dispute exists between the FEC and Plaintiffs in this case.

Should either the FEC or Plaintiffs be forced to obtain judicial relief to enforce the terms of this Settlement Agreement, attorney's fees may be recovered by the prevailing party. Florida law controls the interpretation of this Settlement Agreement. The FEC and Plaintiffs agree that any enforcement action involving this Settlement Agreement should be brought in Florida state courts. The proper venue for any such action is Leon County, Florida.

All Authorized Representatives signing this Settlement Agreement below agree that they are authorized to sign on behalf of the entities listed below.

----- *Signature Page to follow* -----

*Am. Civil Liberties Union of Fla., Inc. v. Cord Byrd, in his official capacity as Florida Secretary of State, and the Florida Elections Commission*
No. 4:21-cv-190

*Settlement Agreement Signature Page*

/s/ _Tim Vaccaro_____
Authorized Representative

Name: Tim Vaccaro
Title: Executive Director, FEC
Date: January 24, 2023

*On behalf of the Florida Elections Commission*

/s/ _____
Authorized Representative

Name: **Tiffani Lennon**
Title:  **Executive Director, ACLU**
Date: **December 9, 2022**

*On behalf of the American Civil Liberties Union of Florida, Inc., Fair Vote Florida, Our Votes Matter, & Florida Votes Matter*

2